Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 24–15507–JKS
                          Chapter:  11
                          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bent Avenue Real Estate Holdings, LLC
   PO Box 5655
   Paterson, NJ 07509

Social Security No.:

Employer's Tax I.D. No.:
   47–3591309

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
### DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

    The debtor filed a petition on May 30, 2024 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

        Summary of Assets and Liabilities for Non–Individuals, Declaration Under Penalty of Perjury for Non Individual Debtors, Statement of Financial Affairs For Non–Individuals, 20 Largest Unsecured Creditors, List of Equity Security Holders, Schedules A/B,D,E/F,G,H

    It is hereby ORDERED that:

    The debtor or debtor's attorney must appear at a hearing before the Honorable John K. Sherwood on:

Date: June 25, 2024
Time: 10:00 AM
    Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    to show cause why the case should not be dismissed.

    If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

    Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

    Unless all required documents are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: June 4, 2024
JAN:

<u>John K. Sherwood</u>
United States Bankruptcy Judge